**DISMISS; and Opinion Filed February 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00825-CV

**CITY OF PLANO, TEXAS, Appellant**
**V.**
**CHRISTOPHER JONES, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00540-2014**

## MEMORANDUM OPINION

Before Justices Fillmore, Stoddart, and Whitehill
Opinion by Justice Fillmore

Before the Court is the City of Plano, Texas's February 2, 2015 Unopposed Motion to

Dismiss Appeal. We **GRANT** the motion and **DISMISS** this appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140825F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CITY OF PLANO, TEXAS, Appellant

No. 05-14-00825-CV       V.

CHRISTOPHER JONES, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas,
Trial Court Cause No. 004-00540-2014.
Opinion delivered by Justice Fillmore, Justices Stoddart and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 4th day of February, 2015.